# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:18-cr-00252-TWP-MJD |
| DAYONTA MCCLINTON, | ) ) | -01 |
| Defendant. | ) ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Debra McVicker Lynch's Report and Recommendation that Defendant's prior counsel, Ralph W. Staples, Jr., be sanctioned $1,000.00 for multiple failures to comply with the Magistrate Judge's orders, the Court, pursuant to 28 U.S.C. § 636(b)(1), now approves and adopts the Report and Recommendation. Attorney Ralph W. Staples, Jr. is sanctioned $1,000.00. Counsel shall pay the Clerk of the Court within 14 days of this order.

Date: 9/24/2018

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Harold Samuel Ansell
ATTORNEY AT LAW
attorneyansell@gmail.com

Peter A. Blackett
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
peter.blackett@usdoj.gov

Bradley A. Blackington
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
bradley.blackington@usdoj.gov

Ralph Winston Staples , Jr.
STAPLES BARTON & JONES
Associated Attorneys
120 East Market Street
Suite 807
Indianapolis, IN 46204