Greetings Your Honor,

I am writing you regarding my counsel and appeal I've been wanting to file. My current lawyer has recently put in a motion to withdraw as you are aware of and I want to let you know I have no problem with relinquishing him from being my advocate. Reason is that I did not wish to pay him for representing me at trial due to his unprofessional witts and remarks against me. Also due to him refusing me of certains right I had as the accused and now convicted. Sept. 9th, 2019 I informed him that if he was not going to stick with the defense we went over the previous day that I would do my best to recieve new counsel that would. If my memory serves me properly I spoke of not paying him anything else on Aug. 23, 2019 or Aug. 31, 2019. Ever since ~~~ you told me not to worry about paying him I still made 1 or 2 payments afterwards but I still had no intentions of paying him for representing me for trial. On another matter I have been trying to obtain an appeal lawyer for ineffective counsel from when I was waived and charged as an adult. I figured since I've already been waived I don't have to wait until I am sentenced for my conviction to do so. I don't know how that works, and as of now my legal advisor is ineffective with regards to my case. Can you appoint someone for my juvenile appeal? If you decide to relieve Mr. Kinnard from being my advocate I won't mind. As for the appeal I've been following the resume of John Peterson who does appeals and has experience in cases with federal juveniles. If it is in your power I would be grateful for him to be appointed to my appeal.

Respectfully, Dayonta McClinton

Correction: Peter Henderson